# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, | Case No. 17-12560 (BLS) |
| Debtor | (Jointly Administered) |
| MICHAEL GOLDBERG | |
| Plaintiff | Adv. Proc. No.: 19-50917 (BLS) |
| vs. | |
| KIM BULTER, an individual | |
| Defendant | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK   )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 22, 2020, I caused to be served the "**Order Assigning Adversary Proceeding to Mediation and Appointing Mediator**," dated November 6, 2020, [Docket No. 25] by causing a true and correct copy to be delivered via electronic mail to*: mlee@hamburgerlaw.com* (Counsel to the Defendant).

*/s/ Alison Moodie*
Alison Moodie

Sworn to before me this
23rd day of December, 2020
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021