# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| Woodbridge Group of Companies, LLC, | : Case No.: 17-12560-BLS |
| Debtors. | : |
| Michael Goldberg, | : |
| Plaintiff, | : |
| v. | : |
| Kim Butler, an individual, | : Adv. Proc. No.: 19-50917-BLS |
| Defendant. | : |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a)  The following individuals were present:

   (1) Counsel (name and party representing):

   Counsel for Plaintiff: Jason Pomerantz, Esq. of Pachulski Stang Ziehl & Jones
   Counsel for Defendant: Michael Lee, Esq. of Hamburger Law Firm

(b)  The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):   None

(c)  The outcome of the mediation conference was:

   __X__   The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

   _____   The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those

2501403v1

          claims or issues which have been resolved within twenty (20) days.

\_\_\_\_\_    The following issues remain for this court to resolve:

\_\_\_\_\_    The matter has not been resolved and should proceed to trial.

\_\_\_\_\_    OTHER:

Dated: June 28, 2021                      Mediator

                                            */s/ Leslie A. Berkoff*
                                            Leslie A. Berkoff (#4584)
                                            MORITT HOCK & HAMROFF LLP
                                            400 Garden City Plaza
                                            Garden City, NY 11530
                                            (516) 873-2000